# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

**Christine A. Fazio**
**Partner**

Direct Dial: 212-238-8754
E-mail: fazio@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

December 19, 2013



**BY HAND DELIVERY**

Hon. Thomas P. Griesa
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Superior Plus US Holdings Inc. v. Sunoco, Inc. (R&M), and Sunoco, Inc.*, No. 13-7740 (TPG)

Dear Judge Griesa:

    We represent the Plaintiff Superior Plus US Holdings Inc. ("Plaintiff") in the above-captioned matter.

    We write to advise the Court and request the Court's approval for the briefing schedule agreed to by the parties for Plaintiff's motion for summary judgment.

    Plaintiff filed its motion via ECF on December 13, 2013. The parties have agreed that Defendant may file its opposition brief on or before January 17, 2014, and Plaintiff may file a reply on or before January 31, 2014.

Respectfully submitted,

Christine A. Fazio

CAF:jw

cc:    Henry F. Reichner, Esq. (via email)
        Othiamba N. Lovelace, Esq. (via email)

*Approved [signed] Thomas P. Griesa 1/6/14*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2014

7332175.1