**ReedSmith**

**Othiamba Lovelace**
Direct Phone: +1 212 231 2642
Email: olovelace@reedsmith.com



Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2014

January 10, 2014



**BY EXPRESS MAIL**

Hon. Thomas P. Griesa
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Superior Plus US Holdings Inc. v.**
    **Sunoco, Inc. (R&M), and Sunoco, Inc., No 137740 (TPG)**

Dear Judge Griesa:

We represent the Defendant Sunoco, Inc. (R&M), and Sunoco, Inc. ("Defendant") in the above captioned matter. We write jointly with the consent and approval of the Plaintiff Superior Plus Holdings Inc. ("Plaintiff"). Together we request that the Court grant an extension to the briefing schedule that was previously submitted for Plaintiff's motion for summary judgment.

This is the first request for an extension of time made by the parties concerning this briefing schedule. Accordingly, the parties hereby request that the Court extend the Defendant's time to file its opposition brief from January 17, 2014 until January 24, 2014. Additionally, the parties hereby request that the Court extend Plaintiff's time to file its reply from January 31, 2014 until February 14, 2014.

Thank you for your consideration of this correspondence.

Respectfully Submitted

Othiamba Lovelace

cc. Christine A. Fazio, Esq
    Wallace Judith, Esq.

MEMO ENDORSED

Approved
Thomas P. Griesa

1/14/14