```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2014
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUPERIOR PLUS US HOLDINGS INC.,

                          Plaintiff,

       -against-

SUNOCO, INC. (R&M), and SUNOCO, INC,

                          Defendants.
------------------------------------------------------------------X

ECF Case

Case No: 13-cv-7740 (TPG)


## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the Motion of Othiamba N. Lovelace, attorney for Plaintiff, Sunoco, Inc. (R&M) and Sunoco, Inc. ("Sunoco"), and said sponsor's attorney's affirmation in support;

**IT IS HEREBY ORDERED** that

      Henry Reichner
      REED SMITH LLP
      2500 One Liberty Place
      1650 Market Street
      Philadelphia, PA 19103
      T: 215-851-8100
      F: 215-851-1420
      hreichner@reedsmith.com

is admitted to practice *pro hac vice* as counsel for Sunoco in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State: 1/17/14

_____
United States District/~~Magistrate~~ Judge

- 4 -